IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOUHAMADOU MOUSTAPHA BA,
ALIEN # A72-186-776,

    Petitioner,

vs.                                          CASE NO. 4:07cv307-SPM/WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID WING, DAVID HARVEY,
and the DEPARTMENT OF
HOMELAND SECURITY et al.,

    Respondents.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 13) and follow-up Report and Recommendation (doc. 15).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  This is presumably because mail sent to the most recent address for Petitioner was returned to the Clerk's Office as "Undeliverable".

    Having considered the Report and Recommendation, I have determined

that it should be adopted. Accordingly, it is hereby

ORDERED and ADJUDGED as follows:

1. The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed because it was filed prematurely and Petitioner has not demonstrated that he is entitled to relief.

DONE AND ORDERED this <u>nineteenth</u> day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge